**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, RAUL OROPEZA LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-cr-051-LJO |
| Plaintiff, | **STIPULATION TO CONTINUE** **SENTENCING HEARING AND ORDER** |
| v. | |
| RAUL OROPEZA LOPEZ and ANA MARIA OROPEZA, | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for January 29, 2018, at 8:30 a.m. be continued to **March 19, 2018, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

   **IT IS ALSO STIPULATED** by and between the parties herein that the parties' informal objections to the Presentence report shall become due on February 19, 2018, and the parties' formal objections shall become due on March 5, 2018.

   The need for a continuance is based upon defense counsel, Roger T. Nuttall's, need for additional time in which to fully prepare for the Sentencing Hearing as related to the loss/restitution issues as to Defendant, RAUL OROPEZA LOEPZ.

1

This request by defense counsel has been related to the Government by Assistant U.S. Attorney Mark McKeon, who has no objection.

The parties stipulate and agree that time can be excluded from January 29, 2018, to, and including, March 19, 2018, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendants' interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  December 1, 2017.        Respectfully submitted,

                                 NUTTALL COLEMAN & DRANDELL


                                 By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    RAUL OROPEZA LOPEZ

Dated:  December 1, 2017.        Respectfully submitted,


                                 /s/ DANIEL A. BACON
                                    DANIEL A. BACON
                                    Attorneys for Defendant,
                                    ANA OROPEZA

Dated:  December 1, 2017.        PHILLIP A. TALBERT
                                 United States Attorney


                                 By /s/ MARK McKEON
                                    MARK McKEON
                                    Assistant U.S. Attorney

## <u>ORDER</u>

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on January 29, 2018, at 8:30 a.m., is continued to **March 19, 2018, at 8:30 a.m.** and the above-noted briefing schedule be followed.

**No further continuances.**

IT IS SO ORDERED.

Dated: __December 4, 2017__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE