**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, RAUL OROPEZA LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RAUL OROPEZA LOPEZ and ANA MARIA OROPEZA,**<br><br>**Defendants.** | No. 15-cr-051-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER**<br><br>**(note change of time on July 30)** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for June 18, 2018, at 11:00 a.m. be continued to **July 30, 2018, at 11:00 a.m.** before the Honorable Lawrence J. O'Neill.

The need for a continuance is based upon Defendant, RAUL OROPEZA LOPEZ', need for additional time in which to fully prepare for the Sentencing Hearing as related to the loss/restitution issues. Counsel for Defendant is not currently prepared to proceed as his analyst, who is assisting him, is out of the country, and counsel is in the process of preparing for the commencement of a federal trial on June 19, 2018, which shall last until mid-July.

1

1    This request by defense counsel has been relayed to the
2 Government Counsel Assistant U.S. Attorney Henry Carbajal, who
3 has no objection.
4    The parties stipulate and agree that time can be excluded
5 from June 18, 2018, to, and including, July 30, 2018, based upon
6 counsel's need to be able to adequately represent his client at
7 sentencing, and that the ends of justice outweigh the public's
8 and defendants' interest in a speedy resolution.
9    Under the circumstances set forth herein, it is respectfully
10 suggested that good cause does indeed exist for a continuance to
11 the hereinabove-noted date.
12   **IT IS SO STIPULATED.**
13   Dated:  June 12, 2018.         Respectfully submitted,
14                                  NUTTALL COLEMAN & DRANDELL
15
16                                  By /s/ ROGER T. NUTTALL
17                                     ROGER T. NUTTALL
                                       Attorneys for Defendant,
                                       RAUL OROPEZA LOPEZ
18
19   Dated:  June 12, 2018.         Respectfully submitted,
20
21                                  /s/ DANIEL A. BACON
                                    DANIEL A. BACON
22                                  Attorney for Defendant,
                                    ANA OROPEZA
23
24   Dated:  June 12, 2018.         PHILLIP A. TALBERT
                                    United States Attorney
25
26
27                                  By /s/ HENRY CARBAJAL
                                       HENRY CARBAJAL
                                       Assistant U.S. Attorney
28

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on June 18, 2018, at 11:00 a.m., is continued to **July 30, 2018, at 10:30 a.m. No further continuances will be entertained.**

IT IS SO ORDERED.

Dated: **June 13, 2018**       /s/ Lawrence J. O'Neill
                               UNITED STATES CHIEF DISTRICT JUDGE